**DISMISS and Opinion Filed January 25, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00564-CV**

**TEEL STYLES, Appellant**

**V.**

**CHILDREN'S MEDICAL CENTER, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-11168**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Appellant filed her brief in this appeal on November 29, 2021. The brief did not comply with rule 38.1 of the Texas Rules of Civil Procedure. Specifically, appellant's brief did not contain (1) a table of contents, (2) a concise statement of the case, the proceedings or the trial court's disposition, (3) a concise statement of the facts supported by record references, (4) a succinct, clear, and accurate statement of the arguments, (5) appropriate citations to authorities or to the record, or (6) a proper certificate of compliance. *See* TEX. R. APP. P. 9.4(i)(3), 38.1(b), (d), (f)–(i); *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895–96 (Tex. App.—Dallas 2010, no pet.).

We notified appellant by letter dated December 9, 2021, informing her that the brief did not satisfy the requirements of rule 38 and detailing each of the deficiencies. We directed her to file an amended brief that complied with rule 38.1 by December 19, 2021.  We cautioned appellant that failure to do so might result in the dismissal of this appeal without further notice.

Appellant then filed a motion for an extension of time, which we granted, making her amended brief due by January 7, 2022. To date, appellant has not filed an amended brief, nor has she communicated further with the Court.

Under these circumstances, we dismiss this appeal.  *See* TEX. R. APP. P. 38.1; 38.8; 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210564F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

TEEL STYLES, Appellant

No. 05-21-00564-CV      V.

CHILDREN'S MEDICAL CENTER, Appellee

On Appeal from the 160th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-20-11168. Opinion delivered by Chief Justice Burns. Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered January 25, 2022